**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lorna Jane USA, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **99-0370263** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1475 W. 139th St**<br>**Gardena, CA 90249**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.lornajane.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Lorna Jane USA, Inc.**

Name    Case number (*if known*) _____

**7. Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      **8120**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

Debtor    **Lorna Jane USA, Inc.**
_____    Case number (*if known*) _____
        Name

**10.  Are any bankruptcy cases**        ■ No
   **pending or being filed by a**        ☐ Yes.
   **business partner or an**
   **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in**    *Check all that apply:*
   ***this district?***
        ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
            preceding the date of this petition or for a longer part of such 180 days than in any other district.

        ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**        ■ No
   **have possession of any**        ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
   **real property or personal**
   **property that needs**
   **immediate attention?**
            **Why does the property need immediate attention?** (*Check all that apply.*)

            ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                What is the hazard? _____

            ☐ It needs to be physically secured or protected from the weather.

            ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

            ☐ Other _____
            **Where is the property?** _____
                                    Number, Street, City, State & ZIP Code
            **Is the property insured?**

            ☐ No

            ☐ Yes.    Insurance agency    _____
                    Contact name        _____
                    Phone                _____

██████  **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
   **available funds**
        ■    Funds will be available for distribution to unsecured creditors.

        ☐    After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**    ☐ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
   **creditors**            ■ 50-99            ☐ 5001-10,000        ☐ 50,001-100,000
                    ☐ 100-199            ☐ 10,001-25,000        ☐ More than100,000
                    ☐ 200-999

**15.  Estimated Assets**    ☐ $0 - $50,000            ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                ☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**    ☐ $0 - $50,000            ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

| Debtor | **Lorna Jane USA, Inc.** | Case number (*if known*) |
| | Name | |

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

## Request for Relief, Declaration, and Signatures

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 16, 2021**
MM / DD / YYYY

X _____          **Richard Munro**
Signature of authorized representative of debtor          Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

X  */s/ Richard H. Golubow*                    Date  **September 16, 2021**
Signature of attorney for debtor                          MM / DD / YYYY

**Richard H. Golubow**
Printed name

**Winthrop Golubow Hollander, LLP**
Firm name

**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone    **949-720-4100**        Email address    **rgolubow@wghlawyers.com**

**State Bar #160434 CA**
Bar number and State

ACTION BY UNANIMOUS WRITTEN CONSENT

IN LIEU OF SPECIAL MEETING OF THE DIRECTORS OF

**LORNA JANE, USA, INC.**

A California Corporation

The undersigned, being all the members of the Board of Directors ("Board") of Lorna Jane, USA, Inc. (the "Company"), entitled to vote at meetings of the Board, hereby consent to the within described actions and adopt by their signatures below the following resolutions effective as of September 15, 2021:

### INSOLVENCY PROCEEDINGS

WHEREAS, it is in the best interest of the Company to seek the protection of the Bankruptcy Code under Chapter 11 of the Bankruptcy Code through the filing of a Chapter 11 bankruptcy petition, Subchapter V ("Bankruptcy Case") in the United States Bankruptcy Court for the Central District of California ("Bankruptcy Court");

WHEREAS, the Company determined it was in its best interest to engage Invenz, Inc. and for Invenz to make its CEO Richard Munro available to serve as the Company's Chief Restructuring Officer ("CRO") to oversee the Company's business operations and the administration of the Company's Bankruptcy Case in accordance with the terms and conditions of Invenz's letter engagement agreement, dated August 4, 2021, with the Company;

RESOLVED, that the Company be, and hereby is, authorized to file a Petition for Relief under Chapter 11 of the Bankruptcy Code and is further authorized to execute any and all documents and to do any and all acts and deeds necessary and proper to carry into effect the foregoing resolution;

RESOLVED FURTHER, that the Company be, and hereby is, authorized to engage the law firm of Winthrop Golubow Hollander, LLP ("WGH"), as general insolvency counsel to the Company in connection with the filing of and conduct of the Bankruptcy Case and related matters in accordance with the terms and conditions of WGH's letter engagement agreement, dated September 11, 2021, with the Company;

RESOLVED FURTHER, that the CRO is authorized to act as the designated representative for the Company during the Bankruptcy Case;

RESOLVED FURTHER, that the CRO is further authorized to bind the Company during the Bankruptcy Case, as well as in contested matters, adversary proceedings, appeals and all related actions and proceedings, as necessary or appropriate in connection with the Bankruptcy Case;

RESOLVED FURTHER, that the CRO be, and hereby is, authorized and empowered, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such pleadings, papers, instruments and other documents as in his discretion he may deem necessary or advisable in order to carry out the intent of the foregoing resolutions;

RESOLVED FURTHER, that each of the officers and directors of the Company is hereby authorized and directed to execute and deliver any and all documents and to take such other action as he deems necessary, advisable, or appropriate to carry out the purposes and intent, but within the limitations, of the foregoing resolutions; and

RESOLVED FURTHER, that any and all actions heretofore taken by the officers or directors of the Company within the terms of any of the foregoing resolutions are hereby ratified and confirmed as the acts and deeds of the Company.

The undersigned direct that, upon signing, this consent be filed with the minutes of the proceedings of the Board of the Company.


_____
William Clarkson, Director


_____
Lorna Jane Clarkson, Director

253574

**Fill in this information to identify the case:**

Debtor name  **Lorna Jane USA, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 16, 2021**         X _____
                                                    Signature of individual signing on behalf of debtor

                                                    **Richard Munro**
                                                    Printed name

                                                    **Chief Restructuring Officer**
                                                    Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify the case:

| Debtor name | **Lorna Jane USA, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Small Business Administration 425 Walnut Street Cincinnati, OH 45202** | **Ben Raju, District Director** **213-634-3855** | **PPP Loan - Debt forgiveness pending.** | **Contingent Subject to Setoff** | | | $1,188,265.00 |
| **Bellevue Square, LLC Attn: Corp Officer/Manager Post Office Box 908 Bellevue, WA 98009** | **Jana Koeberle** **jana.koeberle@kemperdc.com 425-460-5832** | **Back Rent** | **Contingent Disputed** | | | $747,424.97 |
| **DSC America, Inc. c/o Kennedy Wilson Properties, Ltd 151 S. El Camino Drive Beverly Hills, CA 90212** | **Edmond A. Sachse/Ian deLaat** **idelaat@kennedywilson.com 310-887-6431** | **Lease Value** | **Contingent Disputed** | | | $548,611.20 |
| **213 Manhattan Bch Blvd Ptnrs, LLC c/o Cardinal Investments, LLC Attn: Nicole Fitzgerald 2301 Rosecrans Ave., Suite 4194 El Segundo, CA 90245** | **Nicole Fitzgerald** **kyle@cardinalinvestments.com 310-643-5050** | **Back Rent** | **Contingent Disputed** | | | $343,069.28 |
| **Century City Mall, LLC Virginia Bergman Loo, VP 2049 Century Park East, 41st Floor Los Angeles, CA 90067** | **Legal Dpt** **virginia.bergmanloo@urw.com 310-893-4171** | **Back Rent** | **Contingent Disputed** | | | $241,747.70 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Lorna Jane USA, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Macerich Santa Monica LP 395 Santa Monica Place Santa Monica, CA 90401** | **Hayley Rable  VP Leasing** Hayley.Rable@macerich.com 424-229-3504 | **Back Rent** | **Contingent Disputed** | | | $230,059.37 |
| **Sherman Oaks Fashion Assc, LP Virginia Bergman Loo 11601 Wilshire Boulevard, 11th Fl. Los Angeles, CA 90025** | **Virginia Bergman LLP, VP** virginia.bergmanloo@urw.com 310-893-4171 | **Back Rent** | **Contingent Disputed** | | | $189,426.47 |
| **Mission Viejo Associates, LP c/o M.S. Managment Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438** | **Rocky McMurtray** rmcmurtray@simon.com 317-685-7375 | **Back Rent** | **Contingent Disputed** | | | $177,053.60 |
| **The Retail Property Trust c/o M.S. Management Associates Inc 225 West Washington Street Indianapolis, IN 46204-3438** | **Rocky McMurtray** rmcmurtray@simon.com 317-685-7375 | **Back Rent** | **Contingent Disputed** | | | $162,210.93 |
| **Premium Outlet Partners LP c/o Simon Property Group 225 West Washington Street Indianapolis, IN 46204-3438** | **Rocky McMurtray** rmcmurtray@simon.com 317-685-7375 | **Back Rent** | **Contingent Disputed** | | | $159,547.51 |
| **UTC Venture, LLC Attn: Virginia Bergman Loo 2049 Century Park East, 41st Floor Los Angeles, CA 90067** | **virginia Bergman Loo** virginia.bergmanloo@urw.com 310-893-4171 | **Back Rent** | **Disputed** | | | $149,373.09 |
| **Santa Anita Fashion Park LLC 11601 Wilshire Boulevard 11th Floor Los Angeles, CA 90025** | **Virginia Bergman LLO** virginia.bergmanloo@urw.com 310-893-4171 | **Back Rent** | **Contingent Disputed** | | | $83,529.78 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Lorna Jane USA, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Carlsbad Premium Outlets, LLC** 5620 Paseo del Norte Suite 100 Carlsbad, CA 92008 | **Rocky McMurtray** rmcmurtray@simon.com 317-685-7375 | **Back Rent** | **Contingent Disputed** | | | $72,500.00 |
| **Valencia Town Ctr Venture LP** Attn: Virginia Bergman Loo 2049 Century Park East, 41st Floor Los Angeles, CA 90067 | **Virginia Bergman Loo** virginia.bergmanloo@urw.com 310-893-4171 | **Back Rent** | **Disputed** | | | $69,899.54 |
| **Biltmore Shopping Center Ptnrs LLC** 2502 E. Camelback Rd #216 Phoenix, AZ 85016 | **Hayley Rable  VP, Leasing** Hayley.Rable@macerich.com 424-229-3504 | **Unpaid Invoice** | **Contingent Disputed** | | | $33,067.88 |
| **The Irvine company, LLC** Attn: Kenneth M. Gillett, Sr. VP 110 Innovation Irvine, CA 92617 | **Kenneth M. Gillett ,Senior Vice Pre** kengillett@irvinecompany.com 949-720-2573 | **Rent** | **Contingent Disputed** | | | $24,590.86 |
| **Irvine Spectrum Center, LLC** Attn: Kenneth M. Gillett, Sr. VP 110 Innovation Irvine, CA 92617 | **Kenneth M. Gillett Senior Vice Pre** kengillett@irvinecompany.com 949-720-2573 | **Rent** | **Contingent Disputed** | | | $17,210.41 |
| **Rakuten Marketing** PO Box 415613 Boston, MA 02241-5613 | rm-remittance-advice@rakuten.com | **Services Rendered** | | | | $16,000.00 |
| **Berkshire Hathaway Homestate Co.** P.O. Box 844501 Los Angeles, CA 90084 | **Attn: Michelle Briggs** mbriggs@bhhc.com 800-488-2930 | **Unpaid invoice for remainder of insurance policy** | | | | $15,653.80 |
| **Avalara Inc.** Dept CH 16781 Palatine Palatine, IL 60055 | accountsreceivable@avalara.com | **Goods and Services** | | | | $10,730.25 |

## United States Bankruptcy Court
### Central District of California

In re    __Lorna Jane USA, Inc.__ _____    Case No. _____

_Debtor(s)_                                Chapter    __11__    _____

### LIST OF EQUITY SECURITY HOLDERS
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __September 16, 2021__ _____    Signature _____

                                        **Richard Munro**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Mission Viejo_ , California.

Date: **September 16, 2021**

_____
Richard Munro
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                      Page 1            **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name     **Lorna Jane USA, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.............................................................................................   $          **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*........................................................................................   $     **6,784,662.69**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..........................................................................................   $     **6,784,662.69**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **9,000.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $     **1,190,751.65**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$     **47,445,911.76**

4.  Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b     $     **48,645,663.41**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Lorna Jane USA, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$1,400.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank** | **Checking** | **5516** | **$1,663,031.78** |
| 3.2. | **Union Bank** | **Checking** | **3043** | **$644.71** |
| 3.3. | **Bank of Hawaii** | **Checking** | **2292** | **$39,001.36** |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | **Undeposited Funds - Adyen, Afterpay, Paypal, AMEX** | | **$71,417.94** |

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$1,775,495.79** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Lorna Jane USA, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Santa Monica Place - SAN002US** | $18,750.00 |
| 7.2. | **Irvine Spectrum - IRV001US** | $10,311.03 |
| 7.3. | **Huntington Beach - BEL001US** | $6,255.00 |
| 7.4. | **San Fran - Union Street - ROS001US** | $15,500.00 |
| 7.5. | **Newport Beach - FAS001US** | $18,866.19 |
| 7.6. | **NorthPark - NOR001US** | $80,000.00 |
| 7.7. | **Palm Desert - ELP002US** | $20,000.00 |
| 7.8. | **Manhattan Beach - MAN003US** | $43,448.94 |
| 7.9. | **Century City - WES015US** | $22,050.00 |
| 7.10. | **UTC - WES001US** | $14,404.17 |
| 7.11. | **US POS Reserve - Adyen** | $2,500.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Stock Prepayment - AAG001US** | $208,398.03 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor     **Lorna Jane USA, Inc.**                                 Case number *(If known)* _____
           Name

| | | |
|---|---|---|
| 8.2. | **PLA003US - 900 - COBRA/FSA Subscription Fee Jan21/Dec21** | $1,601.12 |
| 8.3. | **DAT002 - 913 - Global Protect MPLS - US - Mar/Jan22** | $1,584.38 |
| 8.4. | **Insurance DEC20/DEC21** | $14,718.08 |
| 8.5. | **BER001US - 900 - Workers Comp Insurance 05/01 - 03/01/22** | $17,630.84 |
| 8.6. | **AVA001US - 900 - Cert Capture 05/10 - 11/09/21** | $166.67 |
| 8.7. | **AVA001US - 900 - Sales Tax Returns Aug21/Jun22** | $2,057.00 |
| 8.8. | **KET001US - 227 - Waste Removal Oct21** | $1,563.54 |
| 8.9. | **AVA001US - Support service fee 08/17/21 - 02/06/22** | $6,398.00 |
| 8.10. | **INV001US - professional fees retainer** | $200,000.00 |
| 8.11. | **WIN005US - professional fees retainer** | $250,000.00 |
| 8.12. | **FRI001US - professional fees retainer** | $25,000.00 |

9.      **Total of Part 2.**                                                          $981,202.99
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

Debtor    **Lorna Jane USA, Inc.**                                    Case number *(If known)* _____
          _____
          Name

| 11a. 90 days old or less: | **597.98** | - | **0.00** | = .... | **$597.98** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | **2,335.00** | - | **0.00** | = .... | **$2,335.00** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | **273,505.00** | - | **0.00** | = .... | **$273,505.00** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | **25,197.00** | - | **0.00** | = .... | **$25,197.00** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | **218,110.00** | - | **0.00** | = .... | **$218,110.00** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. Over 90 days old: | **62,121.20** | - | **0.00** | =.... | **$62,121.20** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 12. | **Total of Part 3.** | **$581,866.18** |
|---|---|---|
|  | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. |  |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** |  |  |  |  |
| 20.  **Work in progress** |  |  |  |  |
| 21.  **Finished goods, including goods held for resale** **Womens activewear for resale (T-Shirts, Sports Bras, Tights)** |  | **$1,460,864.62** | **Recent cost** | **$1,451,797.34** |
| 22.  **Other inventory or supplies** |  |  |  |  |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Lorna Jane USA, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**23.** **Total of Part 5.**                                                          $1,451,797.34
Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    36,564.50    Valuation method    **Cost**    Current Value    36,564.50

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office Furniture, warehouse racking and installation | **$1,888,326.26** | **WDV** | **$1,888,326.26** |
| 40. | **Office fixtures**<br>Store fitouts | **$3,474,634.77** | **WDV** | **$0.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Warehouse IT equipment, trollies, and security cameras etc. | **$86,909.82** | **WDV** | **$86,909.82** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**                                                          $1,975,236.08
Add lines 39 through 42.  Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Lorna Jane USA, Inc.** | Case number *(If known)* | |
| | Name | | |

☐ No
☐ Yes

<table>
<tr><td style="background:black;color:white">Part 8:</td><td colspan="4"><b>Machinery, equipment, and vehicles</b></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2012 Ford Econoline - Owned - VIN 1FTNE1EW6CDA12399** | $0.00 | **WDV** | $0.00 |
| 47.2.   **2018 Ford Transit - VIN# - NM0LS6E73J1351011** | $4,496.18 | **WDV** | $4,496.18 |
| 47.3.   **2018 Ford Transit - VIN# NM0LS6E7XJ1362121** | $4,496.18 | **WDV** | $4,496.18 |
| 47.4.   **2018 Ford Transit - VIN# NM0LS6E77J1380365** | $4,956.18 | **WDV** | $4,956.18 |
| 47.5.   **Misc - Capitalised decals and branding logos - write off in September?** | $2,400.96 | **WDV** | $2,400.96 |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels |
|---|---|
| 49. | **Aircraft and accessories** |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** |

| 51. | **Total of Part 8.** | $16,349.50 |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td style="background:black;color:white">Part 9:</td><td><b>Real property</b></td></tr>
</table>

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Debtor | **Lorna Jane USA, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** Internet domain - as per Godaddy | $24,898.15 | WDV | $2,714.81 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $2,714.81 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Lorna Jane USA, Inc.**                                    Case number *(If known)* _____
          <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,775,495.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $981,202.99 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $581,866.18 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,451,797.34 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,975,236.08 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $16,349.50 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,714.81 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,784,662.69 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,784,662.69 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Lorna Jane USA, Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Bellevue Square LLC** | | |
|---|---|---|---|

| | | **$9,000.00** | **$0.00** |
|---|---|---|---|

Creditor's Name

**575 Bellevue Square 1085**
**Bellevue, WA 98004**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**575 Bellevue Square #1085**

**Describe the lien**
**Balance of Lien due to Store Abandonment (2 months rent)**

**jana.koeberle@kemperdc.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**8/17/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$9,000.00**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Kemper Development Company**<br>**Atn: Jana Koeberle, Sr. VP Leasing**<br>**575 Bellevue Square, #1085**<br>**Bellevue, WA 98004** | Line   **2.1** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lorna Jane USA, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**City of Santa Monica - Utilities**<br>**1685 Main Street**<br>**Santa Monica, CA 90401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $970.39 | $970.39 |
| | Date or dates debt was incurred<br>**8/30/20 and 4/5/21** | Basis for the claim:<br>**Water/Sewer/Refuse** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Department of Motor Vehicles**<br>**PO Box 942897**<br>**Sacramento, CA 94297-0897** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $349.00 | $349.00 |
| | Date or dates debt was incurred<br>**3/7/20** | Basis for the claim:<br>**52903E1 2021 Rego Renewal** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Lorna Jane USA, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $382.00 | $382.00 |
|---|---|---|---|---|

**Los Angeles Dept of Water & Power**
**915 S. Soto St.**
**Los Angeles, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/9/21** | **Accrual for September** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $785.26 | $785.26 |
|---|---|---|---|---|

**San Diego Gas & Electric**
**PO Box 25111**
**Santa Ana, CA 92799-5111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/9/21** | **Utilities - Accrual for September** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,188,265.00 | $1,188,265.00 |
|---|---|---|---|---|

**US Small Business Administration**
**425 Walnut Street**
**Cincinnati, OH 45202**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2021** | **PPP Loan - Debt forgiveness pending.** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (9)

Is the claim subject to offset?
☐ No
■ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $343,069.28 |

**213 Manhattan Bch Blvd Ptnrs, LLC**
**c/o Cardinal Investments, LLC**
**Attn:  Nicole Fitzgerald**
**2301 Rosecrans Ave., Suite 4194**
**El Segundo, CA 90245**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Back Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lorna Jane USA, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$840.00**

**ABM Industry Groups, LLC**
**10250 Santa Monica Blvd**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73.00**

**Allstate Benefits**
**1776 American Heritage Life Drive**
**Jacksonville, FL 32224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Employee Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.64**

**Arizona Public Service Company**
**PO Box 2906**
**Phoenix, AZ 85062**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,921.11**

**AT&T U-Verse**
**PO Box 5014**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,361.04**

**AT&T Wireless**
**PO Box 6463**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,730.25**

**Avalara Inc.**

**Dept CH 16781 Palatine**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,234.52**

**Bella Terra Associates, LLC**
**60 South Market St.**
**Ste 1120**
**San Jose, CA 95113**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lorna Jane USA, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $804.40 |
|---|---|---|---|

**Bellevue Square Merchants Assoc**
**16916 Collections Centre Drive**
**Chicago, IL 60693**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,177.27 |
|---|---|---|---|

**Bellevue Square Merchants Assoc**
**16916 Collections Centre Drive**
**Chicago, IL 60693**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Back rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $747,424.97 |
|---|---|---|---|

**Bellevue Square, LLC**
**Attn: Corp Officer/Manager**
**Post Office Box 908**
**Bellevue, WA 98009**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Back Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,653.80 |
|---|---|---|---|

**Berkshire Hathaway Homestate Co.**
**P.O. Box 844501**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Unpaid invoice for remainder of insurance policy**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,067.88 |
|---|---|---|---|

**Biltmore Shopping Center Ptnrs LLC**
**2502 E. Camelback Rd**
**#216**
**Phoenix, AZ 85016**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Unpaid Invoice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,345.89 |
|---|---|---|---|

**Brinks Inc.**
**PO Box 64115**
**Baltimore, MD 21264-4115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Camarillo Premium Outlets**
**740 Ventura Blvd**
**1012**
**Camarillo, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Retail Store, Fixtures and Fittings and Stock**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lorna Jane USA, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,500.00 |
|---|---|---|---|

**Carlsbad Premium Outlets, LLC**
**5620 Paseo del Norte**
**Suite 100**
**Carlsbad, CA 92008**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Back Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241,747.70 |
|---|---|---|---|

**Century City Mall, LLC**
**Virginia Bergman Loo, VP**
**2049 Century Park East, 41st Floor**
**Los Angeles, CA 90067**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Back Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.59 |
|---|---|---|---|

**CenturyLink - Direct Debt**
**PO Box 29040**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Creek Center**
**50 South Main Street**
**Salt Lake City, UT 84150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retail Store, Fixtures and Fittings and Stock**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $970.39 |
|---|---|---|---|

**City of Santa Monica - Utilities**
**1685 Main Street**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,625.00 |
|---|---|---|---|

**Corporate Service Consultants, LLC**
**PO Box 1048**
**Dandridge, TN 37725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,391.26 |
|---|---|---|---|

**Corporate Traveler**
**888 W 6th Street**
**Suite 110**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lorna Jane USA, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229.45 |
|---|---|---|---|

**Cox Business**
PO Box 53262
Phoenix, AZ 85072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,133.75 |
|---|---|---|---|

**Custom Wood Extras**
3927 W Jefferson Blvd
Los Angeles, CA 90016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.06 |
|---|---|---|---|

**DC Environmental**
555 S. Rose Street
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.29 |
|---|---|---|---|

**DeLage Landen Financial Srvcs Inc**
PO Box 41602
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $349.00 |
|---|---|---|---|

**Department of Motor Vehicles**
Attn: Legal Dpt
PO Box 942897
Sacramento, CA 94297-0897

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $548,611.20 |
|---|---|---|---|

**DSC America, Inc.**
c/o Kennedy Wilson Properties, Ltd
151 S. El Camino Drive
Beverly Hills, CA 90212

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease Value - Store never opened**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,689.88 |
|---|---|---|---|

**El Paseo Premier Centre**
73-061 El Paseo
Suite 200
Palm Desert, CA 92260

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lorna Jane USA, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.30** | Nonpriority creditor's name and mailing address
**Fish Window Cleaning**
Victorville #2805
PO Bo 1713
Victorville, CA 92393

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.31** | Nonpriority creditor's name and mailing address
**Frontier Communications**
PO Box 20550
Rochester, NY 14602

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$2,301.88**

---

**3.32** | Nonpriority creditor's name and mailing address
**Golden State Water Company**
PO Box 9016
San Dimas, CA 91773

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$288.44**

---

**3.33** | Nonpriority creditor's name and mailing address
**Irvine Spectrum Center, LLC**
Attn: Kenneth M. Gillett, Sr. VP
110 Innovation
Irvine, CA 92617

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$17,210.41**

---

**3.34** | Nonpriority creditor's name and mailing address
**Kaiser Pemanente (Southern)**
File 5915
Los Angeles, CA 90074-5915

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$5,086.67**

---

**3.35** | Nonpriority creditor's name and mailing address
**LA Department of Water & Power**
PO Box 30808
Los Angeles, CA 90030

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$382.00**

---

**3.36** | Nonpriority creditor's name and mailing address
**Laz Parking**
PO Box 847370
Los Angeles, CA 90084

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Lorna Jane USA, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,292,117.00 |
|---|---|---|---|

**LJ USA Holdings, Inc.**
**857 Kingsford Smith Drive**
**Eagle Farm, QLD 4009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Intercompany Debt Owing__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $181.00 |
|---|---|---|---|

**Lorna Jane BV - Europe**
**857 Kingsford Smith Drive**
**Eagle Farm, QLD 4009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Intercompany Debt Owing__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,583.00 |
|---|---|---|---|

**Lorna Jane Hong Kong Ltd.**
**857 Kingsford Smith Drive**
**Eagle Farm, QLD 4009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Intercompany Debt Owing__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,852,744.00 |
|---|---|---|---|

**Lorna Jane Pty Ltd**
**857 Kingsford Smith Drive**
**Eagle Farm, QLD 4009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Intercompany Debt Owing__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230,059.37 |
|---|---|---|---|

**Macerich Santa Monica LP**
**395 Santa Monica Place**
**Santa Monica, CA 90401**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Back Rent__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177,053.60 |
|---|---|---|---|

**Mission Viejo Associates, LP**
**c/o M.S. Managment Associates Inc.**
**225 West Washington Street**
**Indianapolis, IN 46204-3438**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Back Rent__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,319,617.00 |
|---|---|---|---|

**Move Nourish Believe Pte Ltd**
**857 Kingsford Smith Drive**
**Eagle Farm, QLD 4009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Intercompay Debt Owing__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lorna Jane USA, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,246.06**

**NorthPark Center**
**NorthPark Partners, LP**
**8080 Nth Central Expressway**
**Suite 1100**
**Dallas, TX 75206**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$378.80**

**Northpark Center Merchants Assoc**
**PO Box 612083**
**Dallas, TX 75261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$261.97**

**Office Depot, Inc**
**PO Box 29248**
**Phoenix, AZ 85038-9248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$646.92**

**Pacific Gas & Electric Company**
**PO Box 997300**
**Sacramento, CA 95899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Palm Desert**
**73-655 El Paseo**
**Suite E**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Retail Store, Fixtures and Fittings and Stock**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Pixeldust Collective**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Outstanding Invoice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$159,547.51**

**Premium Outlet Partners LP**
**c/o Simon Property Group**
**225 West Washington Street**
**Indianapolis, IN 46204-3438**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Back Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lorna Jane USA, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$189.40**

**Puget Sound Energy**
**PO Box 91269**
**Bellevue, WA 98009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,000.00**

**Rakuten Marketing**
**PO Box 415613**
**Boston, MA 02241-5613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$323.25**

**Recology Golden Gate Waste Zero**
**900 7th St.**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,232.00**

**Run Girl Run (Shenzhen) Co. Ltd**
**857 Kingsford Smith Drive**
**Eagle Farm, QLD 4009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Intercompany Debt Owing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$785.26**

**San Diego Gas & Electric**
**PO Box 25111**
**Santa Ana, CA 92799-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83,529.78**

**Santa Anita Fashion Park LLC**
**11601 Wilshire Boulevard**
**11th Floor**
**Los Angeles, CA 90025**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Back Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$189,426.47**

**Sherman Oaks Fashion Assc, LP**
**Virginia Bergman Loo**
**11601 Wilshire Boulevard, 11th Fl.**
**Los Angeles, CA 90025**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Back Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **Lorna Jane USA, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,614.14** |
|---|---|---|---|

**Southern California Edison**
**Attn:  Legal Dept.**
**PO Box 300**
**Rosemead, CA 91771-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.86** |
|---|---|---|---|

**Southern California Gas**
**990 Camarillo Centre Dr.**
**Ste 1012**
**Camarillo, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$440.00** |
|---|---|---|---|

**SP Plus**
**PO Box 790402**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.97** |
|---|---|---|---|

**Sparkletts**
**PO Box 660579**
**Dallas, TX 95266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Stingray Business**
**730 Wellington**
**Montreal, QC, CNDA H3C 1T4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$510.00** |
|---|---|---|---|

**Stratus Building Solutions**
**10530 Victory Blvd**
**North Hollywood, CA 91606-3922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,590.86** |
|---|---|---|---|

**The Irvine company, LLC**
**Attn: Kenneth M. Gillett, Sr. VP**
**110 Innovation**
**Irvine, CA 92617**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

**Basis for the claim:  Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lorna Jane USA, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162,210.93** |
|---|---|---|---|

**The Retail Property Trust**
c/o M.S. Management Associates Inc
225 West Washington Street
Indianapolis, IN 46204-3438

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,206.12** |
|---|---|---|---|

**Time Warner Cable - Spectrum Bus.**
Attn:  Legal Department
PO BOX 106
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,776.00** |
|---|---|---|---|

**Travelers**
PO Box 660317
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,040.14** |
|---|---|---|---|

**Uline**
PO Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$526,614.18** |
|---|---|---|---|

**Unexpired Gift Cards**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gift Vouchers**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,812.50** |
|---|---|---|---|

**Union Street Property Trust 1**
Attn:  Reno D. Rossi
63 Paul Ave
San Rafael, CA 94903

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$149,373.09** |
|---|---|---|---|

**UTC Venture, LLC**
Attn: Virginia Bergman Loo
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lorna Jane USA, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,899.54 |
|---|---|---|---|

**Valencia Town Ctr Venture LP**
**Attn: Virginia Bergman Loo**
**2049 Century Park East, 41st Floor**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Back Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $503.78 |
|---|---|---|---|

**Waste Resources Gardena**
**PO Box 2410**
**Gardena, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,726.24 |
|---|---|---|---|

**Worksmith**
**210 Barton Springs Rd.**
**Ste 550**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Kemper Development Company**<br>**Attn:  Jana Koeberle Sr. VP**<br>**575 Bellevue Sq.**<br>**Bellevue, WA 98004** | Line  **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Liner LLP**<br>**Attn:  Michale J. Kierly, Esq.**<br>**1100 Glendon Ave, 14th Floor**<br>**Los Angeles, CA 90024-3503** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Macerich**<br>**P.O. Box 2172**<br>**401 Wilshire Boulevard**<br>**Suite 700**<br>**Santa Monica, CA 90407** | Line  **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Macerich Santa Monica LP**<br>**c/o Macerich**<br>**P.O. Box 2172**<br>**401 Wilshire Boulevard, Suite 700**<br>**Santa Monica, CA 90407** | Line  **3.41**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,190,751.65 |
| 5b. Total claims from Part 2 | 5b. | + $ | 47,445,911.76 |

| Debtor | **Lorna Jane USA, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**5c. Total of Parts 1 and 2**
   Lines 5a + 5b = 5c.

5c.   $ _____ 48,636,663.41

Fill in this information to identify the case:

Debtor name    **Lorna Jane USA, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Store #213 - Manhattan Beach Blvd., Manhattan Beach, CA 90266 Retail Store, Fixtures and Fittings and Stock** | |
| | State the term remaining | **45 months** | **213 Manhattan Beach Blvd. Partners c/o Cardinal Investments, LLC Attn: Nicole Fitzerald 2301 Rosecrans Ave, Suite 4194 El Segundo, CA 90245** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Store #7777-150 - Bella Terra - 7777 Edinger Avenue, Huntington Beach, CA 92647 Retail Store, Fixtures and Fittings and Stock** | |
| | State the term remaining | **12 months** | **Bella Terra Associates, LLC c/o DJM Capital Partners Attn: Eric Sahn 60 South Market St. Suite 1120 San Jose, CA 95113** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Store #1085 - Bellevue Square 575 Bellevue Square, Bellevue, WA 98004 Retail Store, Fixtures and Fittings and Stock** | |
| | State the term remaining | **35 months** | **Bellevue Square LLC Attn: Corp Officer PO Box 908 Bellevue, WA 98009** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Store #181 - Biltmore Shopping Centre - 2502 E Camelback Road, Phoenix, AZ 85016 Retail Store, Fixtures and Fittings and Stock** | **Biltmore Shopping Center Ptnrs LLC c/o Macerich - Attn: Legal Dpt PO Box 2172 401 Wilshire Blvd Suite 700 Santa Monica, CA 90407** |
| | State the term remaining | **34 Months** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Lorna Jane USA, Inc.**                                                    Case number (*if known*) _____
    First Name           Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract _____ | |

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Store #2755 - Westfield Century City - 10250 Santa Monica Boulevard, Los Angeles, CA 90067 Retail Store, Fixtures and Fittings and Stock** | |
| | State the term remaining | **88 months** | **Century City Mall, LLC Attn: Legal Dpt 2049 Century Park East 41st Floor Los Angeles, CA 90067** |
| | List the contract number of any government contract _____ | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Store #134 - City Creek Center - 50 South Main Street, Salt Lake City, UT 8415 Retail Store, Fixtures and Fittings and Stock** | |
| | State the term remaining | **94 months** | **City Creek Center Associates, LLC Attn: Corp Officer PO BOx 674566 Detroit, MI 48267-4566** |
| | List the contract number of any government contract _____ | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **73-655 El Paseo, Suite E, Palm Desert, CA 92260 Retail Store, Fixtures and Fittings and Stock** | |
| | State the term remaining | **22 months** | **El Paseo Premier Centre Attn: Corporate Officer 5900 Wilshire Blvd Suite 400 Los Angeles, CA 90036** |
| | List the contract number of any government contract _____ | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Store #751 - Irvine Spectrum Center - 751 Spectrum Center Drive, Irvine, CA 92618 Retail Store, Fixtures and Fittings and Stock** | |
| | State the term remaining | **34 months** | **Irvine Spectrum Center LLC Attn: Gen Counsel, Retail Propertie The Irvine Company 110 Innovation Irvine, CA 92618** |
| | List the contract number of any government contract _____ | | |

| Debtor 1 | **Lorna Jane USA, Inc.** | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Store # 150C1B - Kierland Commons - 15205 N. Kierland Boulevard, Scotttsdale, AZ 85254** | |
|---|---|---|---|
| | | **Retail Store, Fixtures and Fittings and Stock** | **Kierland Greenway, LLC c/o Macerich - Legal Dpt PO Box 2172 401 Wilshire Boulevard, Suite 700 Santa Monica, CA 90407** |
| | State the term remaining | **34 months** | |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Store #100 - Santa Monica Place - 395 Santa Monica Place, Santa Monica, CA 90401** | |
|---|---|---|---|
| | | **Retail Store, Fixtures and Fittings and Stock** | **Macerich Santa Monica LP Attn: Legal Dpt PO Box 2172 401 Wilshire Blvd Suite 700 Santa Monica, CA 90407** |
| | State the term remaining | **14 months** | |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Room 12D - The Shops at Mission Viejo - 555 Shops at Mission Viejo, Mission Viejo, CA 92691** | |
|---|---|---|---|
| | | **Retail Store, Fixtures and Fittings and Stock** | **Mission Viejo Associates, L.P. c/o M.S. Management Associates Inc. Attn: Legal Department 225 West Washington Street Indianapolis, IN 46204-3438** |
| | State the term remaining | **18 months** | |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Store # 2R1-2248 - NorthPark Center - 8687 North Central Expressway, Dallas, TX 75225** | |
|---|---|---|---|
| | | **Retail Store, Fixtures and Fittings and Stock** | **NorthPark Partners LP Attn: Corporate Officer 8080 North Central Expressway Suite 1100 Dallas, TX 75206** |
| | State the term remaining | **52 months** | |
| | List the contract number of any government contract | | |

Debtor 1    **Lorna Jane USA, Inc.**                                    Case number *(if known)* _____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Store #1012 - Camarillo Premium Outlets - 740 Ventura Boulevard, Los Angeles, CA 93010 Retail Store, Fixtures and Fittings and Stock**<br>**90 months** | **Premium Outlet Partners LP c/o Simon Property Group Attention: Legal Department 225 West Washington Street Indianapolis, IN 46204-3438** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Store # 1200 - Westfield Santa Anita 400 S. Baldwin Avenue, Arcadia, CA 91007 Retail Store, Fixtures and Fittings and Stock**<br>**28 months** | **Santa Anita Fashion Park LLC Attention: Legal Department 11601 Wilshire Boulevard, 11th Floo Los Angeles, CA 90025** |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Store # 36 - Westfield Fashion Square 14006 Riverside Drive, Sherman Oaks, CA 91423 Retail Store, Fixtures and Fittings and Stock**<br>**13 months** | **Sherman Oaks Fashion Associates LP Attn: Legal Dpt 11601 Wilshire Boulevard, 11th Floo Los Angeles, CA 90025** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Store # 807 - Fashion Island - 807 Newport Centre, Newport Beach, CA 92660 Retail Store, Fixtures and Fittings and Stock**<br>**34 months** | **The Irvine Company LLC Attention: General Counsel, Retail 110 Innovation Irvine, CA 92617** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Store #1106 - Brea Mall - 1065 Brea Mall, Brea, CA 92821 Retail Store, Fixtures and Fittings and Stock**<br>**19 months** | **The Retail Property Trust c/o M.S. Management Associates Inc Attn: Legal Dpt 225 West Washington Street Indianapolis, IN 46204-3438** |

Debtor 1   **Lorna Jane USA, Inc.**

First Name                Middle Name                Last Name                          Case number *(if known)*

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Store - 2090 Union Street,  San Francisco, CA 94124** **Retail Store, Fixtures and Fittings and Stock** | |
| | State the term remaining | **17 months** | **Union Street Property Trust 1** **Attn: Corp Officer** **63 Paul Avenue** **San Rafael, CA 94903** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Store #E-25 - Westfield UTC 4545 La Jolla Village Drive, San Diego, CA 92122** **Retail Store, Fixtures and Fittings and Stock** | |
| | State the term remaining | **88 months** | **UTC Venture LLC** **Attn: Legal Dept** **2049 Century Park East , 41st Floor** **Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Store #2730 - Westfield Valencia Town Center, 24201 Valencia Boulevard,  Valencia, CA 91355** **Retail Store, Fixtures and Fittings and Stock** | |
| | State the term remaining | **25 months** | **Valencia Town Center Venture, L.P.** **Attn: Legal Dpt** **2049 Century Park East  41st Floor** **Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Store #316 - SanTan Village, 2218 E Williams Field Road Gilbert, AZ 85295** **Retail Store, Fixtures and Fittings and Stock** | |
| | State the term remaining | **40 months** | **Westcor Santan Village LLC Santan c/o Macerich , Legal Department** **P.O. Box 2172** **401 Wilshire Boulevard, Suite 700** **Santa Monica, CA 90407** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Lorna Jane USA, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Lorna Jane Pty Ltd** | **857 Kingsford Smith Drive Eagle Farm, Queensland 4009** | **City Creek Center** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Lorna Jane Pty Ltd** | **857 Kingsford Smith Drive Eagle Farm, Queensland 4009** | **Palm Desert** | ☐ D _____<br>■ E/F  3.48<br>☐ G _____ |
| 2.3 | **Lorna Jane Pty Ltd** | **857 Kingsford Smith Drive Eagle Farm, Queensland 4009** | **Camarillo Premium Outlets** | ☐ D _____<br>■ E/F  3.15<br>☐ G _____ |
| 2.4 | **Lorna Jane Pty Ltd** | **857 Kingsford Smith Drive Eagle Farm, QLD 4009** | **El Paseo Premier Centre** | ☐ D _____<br>☐ E/F _____<br>■ G  2.7 |
| 2.5 | **Lorna Jane Pty Ltd** | **857 Kingsford Smith Drive Eagle Farm, QLD 4009** | **City Creek Center Associates, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G  2.6 |

| Debtor | **Lorna Jane USA, Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Lorna Jane Pty Ltd** | **857 Kingsford Smith Drive** **Eagle Farm, QLD 4009** | **Premium Outlet Partners LP** |

☐ D _____
☐ E/F _____
■ G ___2.13___

**Fill in this information to identify the case:**

Debtor name    **Lorna Jane USA, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,219,343.75** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$10,794,027.20** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$15,998,655.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to Filing Date | **Freight expenses recovered from customers** | **$13,736.93** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | **PPP loan, Freight expenses recovered from customers** | **$1,476,769.24** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | **Freight expenses recovered from customers, gift vouchers** | **$622,560.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **Lorna Jane USA, Inc.** | | Case number *(if known)* | |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Active Apparel Group (America LLC)**<br>**6059 Bristol Parkway**<br>**#100**<br>**Culver City, CA 90230** | **6/16/21 -**<br>**$88,709.02**<br>**7/12/21 -**<br>**$88,572.18**<br>**7/15/21 -**<br>**$42,839.74**<br>**8/4/21 -**<br>**$91,853.28**<br>**8/18/21 -**<br>**$53,705.73**<br>**8/27/21 -**<br>**$24,559.26**<br>**9/1/21 -**<br>**$60,165.87**<br>**9/7/21-**<br>**$19,793.22**<br>**9/15/21 -**<br>**$84,926.55** | **$555,114.85** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **UPS Delivery Service**<br>**PO Box 894820**<br>**Los Angeles, CA 90189-4820** | **6/18/21 -**<br>**$10,509.54**<br>**6/25/21 -**<br>**$10,982.85**<br>**7/16/21 -**<br>**$27,108.42**<br>**7/23/21 -**<br>**$8,283.19**<br>**7/30/21 -**<br>**$6,152.10**<br>**8/13/21 -**<br>**$19,153.44**<br>**8/16/21 -**<br>**$8,676.56**<br>**8/25/21 -**<br>**$8,042.64**<br>**08/30/21 -**<br>**$12.14**<br>**9/10/21 -**<br>**$19,962.12**<br>**9/15/21 -**<br>**$39,562.73** | **$158,345.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **Lorna Jane USA, Inc.**    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.3. **Friedman, Stroffe & Gerard**<br>**19800 McArthur Boulevard**<br>**Suite 1100**<br>**Irvine, CA 92612-2425** | 4/6/21 -<br>$25,000.00<br>6/25/21 -<br>$4,387.22<br>7/30/21 -<br>$9,067.67<br>8/25/21 -<br>$10,891.54<br>9/10/21 -<br>$23,281.69<br>9/13/21 -<br>$25,000.00<br>9/14/21 -<br>$33,095.17 | $130,723.29 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Santa Monica Place**<br>**395 Santa Monica Place**<br>**Santa Monica, CA 90401** | 7/16/21 -<br>$38,875.82<br>8/25/21 -<br>$21,628.10 | $60,503.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Rent payment_ |
| 3.5. **Fashion Island The Irvine Company**<br>**Attn:  Legal Dept.**<br>**110 Innovation**<br>**Irvine, CA 92617** | 7/2/21 -<br>$24,590.86<br>7/30/21 -<br>$24,590.86 | $49,181.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Rent_ |
| 3.6. **Kierland Commons**<br>**15205 N. Kierland Blvd**<br>**150C1B**<br>**Scottsdale, AZ 85254-8172** | 7/23/21 - $14,<br>861.43<br>8/13/21 -<br>$15,166.67<br>8/25/21 - $15,<br>166.67 | $45,194.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Rent_ |
| 3.7. **Anthem Blue Cross**<br>**PO Box 511300**<br>**Los Angeles, CA 90051** | 6/25/21 -<br>$13,184.73<br>7/20/21 -<br>$15,375.65<br>9/8/21 -<br>$11,515.89<br>9/15/21 -<br>$9,898.41 | $49,974.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **26th Street Properties**<br>**1200 W Olympic Blvd**<br>**Los Angeles, CA 90015** | 7/2/21 -<br>$13,310.00<br>7/30/21 -<br>$13,310.00<br>9/10/21 -<br>$13,310.00 | $39,300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Rent_ |
| 3.9. **SanTan Village - Westcor**<br>**2218 E. Williams Field Rd.**<br>**Ste 235**<br>**Gilbert, AZ 85295-0778** | 7/23/21 -<br>$13,059.09<br>8/13/21 -<br>$12,421.15<br>8/25/21 -<br>$12,421.15 | $37,901.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Rent_ |

Debtor    **Lorna Jane USA, Inc.** _____    Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.10. | **Rakutan Marketing**<br>**PO Box 415613**<br>**Boston, MA 02241-5613** | **7/16/21 -**<br>**$2,670.77**<br>**7/30/21 -**<br>**$10,214.64**<br>**9/13/21 -**<br>**$22,986.75** | **$35,872.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. | **Irvine Spectrum Centre**<br>**The Irvine Company, LLC**<br>**110 Innovation**<br>**Irvine, CA 92617** | **7/02/21 -**<br>**$17,210.41**<br>**7/30/21 -**<br>**$17,210.41** | **$34,420.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |
| 3.12. | **Union Street - Rossi Trust**<br>**63 Paul Avenue**<br>**San Rafael, CA 94903** | **7/2/21 -**<br>**$9812.50**<br>**7/30/21 -**<br>**$9812.50**<br>**8/25/21 -**<br>**$5342.65** | **$24,967.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | **Winthrop Golubow Hollander, LLP**<br>**1301 Dove Street**<br>**Suite 500**<br>**Newport Beach, CA 92660** | **6/8/21 -**<br>**$25,000**<br>**9/10/21 -**<br>**$10,892.49**<br>**9/13/21 -**<br>**$250,000.00**<br><br>**9/14/21 -**<br>**$12,467.21** | **$298,359.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. | **Trackstar Printing, Inc.**<br>**1140 W. Mahalo Place**<br>**Rancho Dominguez, CA 90220** | **7/16/21 -**<br>**$6243.61**<br>**8/13/21 -**<br>**$8909.33**<br>**9/10/21 -**<br>**$7529.05** | **$22,681.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. | **Travelers**<br>**PO Box 660317**<br>**Dallas, TX 75266** | **8/4/21 -**<br>**$14,050.98**<br>**9/8/21 -**<br>**$8279.00** | **$22,329.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. | **Biltmore Shopping Center Ptnrs LLC**<br>**2502 E. Camelback Rd**<br>**#216**<br>**Phoenix, AZ 85016** | **7/23/21 -**<br>**$8900.82**<br>**8/13/21 -**<br>**$12,696.16** | **$21,596.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |

Debtor    **Lorna Jane USA, Inc.**                                                Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.17. **Westfield UTC - UTC Venture, LLC**<br>**2049 Centure Park East**<br>**41st Floor**<br>**Los Angeles, CA 90067** | **7/2/21 -**<br>**$9803.80**<br>**7/30/21 -**<br>**$9803.80** | **$19,607.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.18. **Westfield Fashion Square**<br>**Sherman Oaks Fashion Associates**<br>**11601 Wilshire Boulevard**<br>**11th floor**<br>**Los Angeles, CA 90025** | **7/2/21 -**<br>**$9583.25**<br>**7/30/21 -**<br>**$8583.25** | **$18,166.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.19. **Westfield Santa Anita**<br>**CMF Santa Anita LLC RM**<br>**11601 Wilshire Blvd**<br>**11th Floor**<br>**Los Angeles, CA 90025** | **7/2/21 -**<br>**$5888.52**<br>**9/10/21 -**<br>**$11,624.85** | **$17,513.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.20. **Camarillo Premium Outlets**<br>**225 West Washington St.**<br>**Indianapolis, IN 46204-3438** | **7/2/21 -**<br>**$8622.57**<br>**7/30/21 -**<br>**$8622.57** | **$17,245.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.21. **The Shops at Mission Viejo**<br>**Shops at Mission Viejo, LLC**<br>**225 West Washington St.**<br>**Indianapolis, IN 46204-3438** | **7/2/21 -**<br>**$8384.06**<br>**7/30/21 -**<br>**$8384.06** | **$16,768.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.22. **El Paseo Premier Centre**<br>**73-061 El Paseo**<br>**Suite 200**<br>**Palm Desert, CA 92260** | **7/2/21 -**<br>**$8145.73**<br>**8/13/21 -**<br>**$8331.81** | **$16,477.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.23. **Brea Mall**<br>**The Retail Trust**<br>**225 West Washington St.**<br>**Indianapolis, IN 46204-3438** | **7/2/21 -**<br>**$7984.22**<br>**7/30/21 -**<br>**$7984.33** | **$15,968.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.24. **Pacific City  PC Group Retail, LLC**<br>**60 S. Market St.**<br>**Ste. 1120**<br>**San Jose, CA 95113** | **7/13/21 -**<br>**$15.104.47** | **$15,104.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |

Debtor   **Lorna Jane USA, Inc.** _____   Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.25. | **Westfield Century City Century City Mall, LLC 2049 Century Park East 1st floor Los Angeles, CA 90067** | 7/2/21 - $14,860.29 | $14,860.29 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Rent** |
| 3.26. | **Invenz, Inc. 27481 Ganso Mission Viejo, CA 92691** | 4/6/21 - $25,000.00 9/10/21 - $13,500.00 9/13/21 - $200,000.00 | $238,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. | **NorthPark Center NorthPark Partners, LP 8080 Nth Central Expway Suite 1100 Dallas, TX 75206** | 7/2/21 - $6420.90 7/30/21 - $6625.95 | $13,046.85 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Rent** |
| 3.28. | **Valencia Town Ctr Venture LP Westfield Valencia 2049 Century Park East 41st Floor Los Angeles, CA 90067** | 7/2/21 - $4808.15 9/10/21 -$8111.09 | $12,919.24 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Rent** |
| 3.29. | **Berkshire Hathaway Homestate Co. P.O. Box 844501 Los Angeles, CA 90084** | 7/20/21 - $7990.40 8/17/21 - $3995.20 | $11,985.60 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.30. | **Uline PO Box 88741 Chicago, IL 60680** | 6/25/21 - $594.37 7/2/21 - $688.20 7/16/21 - $1,555.27 9/15/21 - $4,793.60 7/23/21 - $1335.47 7/30/21 - $843.78 8/13/21 - $140.45 8/25/21 - $1906.92 9/10/21 - $3170.89 9/15/21 - $4,793.60 | $15,152.80 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor   Lorna Jane USA, Inc.                                           Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.31. | **Bella Terra Associates, LLC**<br>60 South Market St.<br>Ste 1120<br>San Jose, CA 95113 | **7/13/21 -**<br>**$2692.12**<br>**9/10/21 -**<br>**$6746.44** | **$9,438.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. | **Comfort & Hays Electric, Inc.**<br>1842 W 11th Street<br>Suite H<br>Upland, CA 91786 | **7/16/21 -**<br>**$9059.16** | **$9,059.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. | **Southern California Edison**<br>Attn:  Legal Dept.<br>PO Box 300<br>Rosemead, CA 91771-0001 | **7/21/21 -**<br>**$3252.70**<br>**8/2/21 -**<br>**$450.67**<br>**8/11/21 -**<br>**$4135.55** | **$7,838.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. | **Wilshire Law Firm**<br>3055 Wilshire Blvd<br>Los Angeles, CA 90010 | **6/15/21 -**<br>**$10,000.00** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **ADA Settlement** |
| 3.35. | **County of Orange Assesors Office**<br>PO Box 1949<br>Santa Ana, CA 92702-1949 | **8/27/21 -**<br>**$4660.92**<br>**8/27/21 -**<br>**$1307.18**<br>**8/27/21 -**<br>**$1297.33**<br>**8/27/21 -**<br>**$1113.96** | **$8,379.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Property Tax** |
| 3.36. | **County of Los Angeles Assessors**<br>500 West Temple Street<br>Room 230<br>Los Angeles, CA 90012-2770 | **8/29/2021 -**<br>**$3156.69**<br>**8/29/2021 -**<br>**$1693.49**<br>**8/29/2021 -**<br>**$1129.21**<br>**8/29/2021 - $**<br>**831.68**<br>**8/29/2021 -**<br>**$363.17**<br>**8/29/2021 -**<br>**$268.84**<br>**8/29/2021 -**<br>**$198.01** | **$7,641.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Property Taxes** |
| 3.37. | **Preston Park**<br>1900 Preston Rd<br>205<br>Plano, TX 75093 | **8/25/21 -**<br>**$180000.00** | **$180,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease Termination** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Lorna Jane USA, Inc.**                                                Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.38. **Bellevue Square LLC**<br>**575 Bellevue Square**<br>**1085**<br>**Bellevue, WA 98004** | **8/25/21 -**<br>**$15,000.00** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lien Payment** |
| 3.39. **RGIS LLC**<br>**200 Taylor Road**<br>**Auburn Hills, MI 48326** | **8/31/21 -**<br>**$7500.00** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.40. **Avalara, Inc**<br>**Dept CH 16781**<br>**Palatine, IL 60055** | **Various** | **$205,499.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Sales Tax May** |
| 3.41. **Texas Comptroller of Accounts**<br>**Los Angeles Audit Office**<br>**17777 Center Court Dr N**<br>**Ste 700**<br>**Cerritos, CA 90703-9356** | **4/8/21 -**<br>**$29,729.63** | **$29,729.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Texas Sales Tax** |
| 3.42. **Dallas County Tax Assessor**<br>**Collection Office**<br>**PO Box 139066**<br>**Dallas, TX 75313-9066** | **6/14/21 -**<br>**$7226.03** | **$7,226.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.43. **Seabridge Pty Ltd.**<br>**5 Grevillea Place**<br>**Unit B1**<br>**Brisbane Airport, Queensland 4008**<br>**KY** | **9/15/2021 -**<br>**$12,216.45** | **$12,216.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor   **Lorna Jane USA, Inc.**                                                   Case number *(if known)* _____

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Carlsbad Premium Outlets, LLC**<br>**5620 Paseo del Norte**<br>**Suite 100**<br>**Carlsbad, CA 92008** | **C107** | | **$41,713.50** |
| **Bellevue Square, LLC**<br>**Post Office Box 908**<br>**Bellevue, WA 98009** | **1085** | | **$292,689.22** |
| **PC Group Retail, LLC**<br>**c/o DJM Capital Partners, Inc**<br>**60 South Market Street**<br>**Suite 1120**<br>**San Jose, CA 95113** | **21016 Pacific Coast Highway, and;**<br>**relocated in 2020 to 21034 Pacific Coast**<br>**Highway**<br>**D110 and;**<br>**relocated in 2020 to C108** | | **$64,055.60** |
| **BRE Throne Preston Park LLC**<br>**c/o Brixmore Property Group**<br>**420 Lexington Avenue**<br>**7th floor**<br>**New York, NY 10170** | **1900 Preston Road** | | **$153,301.62** |
| **BRE Throne Preston Park LLC**<br>**Brixmor Property Group**<br>**40 Skokie Blvd**<br>**Ste 600**<br>**Northbrook, IL 60062** | | | **$0.00** |
| **Domain Retail Property Owner LP**<br>**c/o Endeavor Real Estate Group**<br>**500 West 5th Street**<br>**Suite 700**<br>**Austin, TX 78701** | **11701 Domain Blvd, Ste 130** | | **$79,381.28** |

6.   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Lorna Jane USA, Inc.**    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Texas Sales and Use Audit on Lorna Jane USA, Inc.** | **Sales and Use Tax Audit** | **Texas Comptroller of Accounts**<br>**Los Angeles Audit Office**<br>**17777 Center Court Dr N Ste 700**<br>**Cerritos, CA 90703-9356** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **CENTURY CITY MALL, LLC, a Delaware limited liability company; SHERMAN OAKS FASHION ASSOCIATES, LP, a Delaware limited partnership; SANTA ANITA SHOPPINGTOWN LP, a Delaware limited partnership; UTC VENTURE LLC, a Delaware limited liability company; and VALENCIA TOWN CENTER VENTURE, L.P., a Delaware limited partnership v. LORNA JANE USA, INC., a California corporation** | **Breach of Contract (Complaint for Breach of Lease & For Declaratory Relief)** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **213 MANHATTAN BEACH BLVD PARTNERS, LLC, a California limited liability company v. LORNA JANE USA, INC., a California corporation; LORNA JANE PTY, LTD., an Australian company; WILLIAM JOHN CLARKSON, an individual; LORNA JANE CLARKSON, an individual; and DOES 1 through 10, inclusive** | **Breach of Contract (Complaint for Damages due to Breach of Lease)** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **ANDREW BARACCO, an individual v. LORNA JANE USA, INC., a California corporation, and DOES 1-10, inclusive** | **Civil Rights Action/Discrimination (ADA)** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **UTC Venture, LLC, a Delaware limited liability company v. Lorna Jane USA, Inc., a California corporation and dba Lorna Jane - Active Living and DOES 1 through 20, inclusive** | **Unlawful Detainer - Commercial** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **BELLEVUE SQUARE, LLC, a Washington limited liability company v. LORNA JANE USA, INC., a California corporation** | **Breach of Lease** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Lorna Jane USA, Inc. | | | Case number *(if known)* | |
|---|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | BRE THRONE PRESTON PARK LLC v. LORNA JANE USA, Inc., a California corporation | Breach of Lease | 1900 Preston Rd.<br>Plano, TX 75093 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Winthrop Golubow Hollander, LLP<br>1301 Dove Street<br>Suite 500<br>Newport Beach, CA 92660 | | 6/8/21 | $25,000.00 |
| | Email or website address<br>rgolubow@wghlawyers.com | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Lorna Jane USA, Inc.**                                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Winthrop Golubow Hollander, LLP** **1301 Dove Street** **Suite 500** **Newport Beach, CA 92660** | | **9/13/21** | **$250,000.00** |
| | **Email or website address** **rgolubow@wghlawyers.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Friedman, Stroffe & Gerard** **19800 McArthur Boulevard** **Suite 1100** **Irvine, CA 92612-2425** | | **4/6/21** | **$25,000.00** |
| | **Email or website address** **bfriedman@fsglawyers.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **Friedman, Stroffe & Gerard** **19800 McArthur Boulevard** **Suite 1100** **Irvine, CA 92612-2425** | | **9/13/21** | **$25,000.00** |
| | **Email or website address** **bfriedman@fsglawyers.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.5. | **Invenz, Inc.** **27481 Ganso** **Mission Viejo, CA 92691** | | **4/6/21** | **$25,000.00** |
| | **Email or website address** **richard@invenz.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.6. | **Invenz, Inc.** **27481 Ganso** **Mission Viejo, CA 92691** | | **9/13/21** | **$200,000.00** |
| | **Email or website address** **richard@invenz.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    **Lorna Jane USA, Inc.**                                         Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.7. | **Winthrop Golubow Hollander, LLP**<br>**1301 Dove Street**<br>**Suite 500**<br>**Newport Beach, CA 92660** | | **9/10/21** | **$10,892.49** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.8. | **Winthrop Golubow Hollander, LLP**<br>**1301 Dove Street**<br>**Suite 500**<br>**Newport Beach, CA 92660** | | **9/14/2021** | **$12,467.21** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.9. | **Invenz, Inc.**<br>**Attn:  Richard Munro**<br>**26861 Trabuco Road, E53**<br>**Mission Viejo, CA 92691** | | **9/10/21** | **$13,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.10. | **Friedman, Stroffe & Gerard**<br>**19800 McArthur Boulevard**<br>**Suite 1100**<br>**Irvine, CA 92612-2425** | | **6/25/2021** | **$4,387.22** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.11. | **Friedman, Stroffe & Gerard**<br>**19800 McArthur Boulevard**<br>**Suite 1100**<br>**Irvine, CA 92612-2425** | | **7/30/2021** | **$9,067.67** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Lorna Jane USA, Inc.**    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.12. | **Friedman, Stroffe & Gerard 19800 McArthur Boulevard Suite 1100 Irvine, CA 92612-2425** | | **8/26/2021** | **$10,891.54** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.13. | **Friedman, Stroffe & Gerard 19800 McArthur Boulevard Suite 1100 Irvine, CA 92612-2425** | | **9/10/2021** | **$23,281.69** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | | Dates of occupancy From-To |
|---|---|---|---|
| 14.1. | **Ala Moana 1450 Ala Moana Blvd Suite 1290 Honolulu, HI 96814** | | **9/1/16 - 8/16/20** |

Debtor     **Lorna Jane USA, Inc.**                                          Case number *(if known)* _____

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.2. | **Carlsbad Premium Outlets** **5620 Paseo del Norte** **Suite 100** **Carlsbad, CA 92008** | **3/5/20 - 3/31/21** |
| 14.3. | **Dallas Uptown** **3700 McKinney Avenue** **Suite 110** **Dallas, TX 75204** | **11/15/14 - 6/3/20** |
| 14.4. | **Del Mar Plaza** **3700 McKinney Avenue** **Suite 110** **Dallas, TX 75204** | **7/3/14 - 9/8/20** |
| 14.5. | **Fashion Show** **3200 Las Vegas Blvd** **2115** **Las Vegas, NV 89109** | **10/30/14 - 8/15/20** |
| 14.6. | **Fashion Valley** **7007 Friars Rd** **559** **San Diego, CA 92108** | **10/28/13 - 7/4/19** |
| 14.7. | **Frisco (Stonebriar Centre)** **2601 Preston Road** **1070** **Frisco, TX 75034** | **4/1/14 - 11/22/19** |
| 14.8. | **Glendale Galleria** **100 W. Broadway** **OKU01** **Glendale, CA 91210** | **10/12/12 - 4/30/20** |
| 14.9. | **Hillsdale** **Sixty 31st Avenue** **1346** **San Mateo, CA 94403** | **9/4/14 - 12/31/18** |
| 14.10 · | **LaJolla** **7840 Girard Avenue** **La Jolla, CA 92037** | **2/1/14 - 1/31/19** |
| 14.11 · | **North Country** **272 E. Via Rancho Pkwy** **311** **Escondido, CA 92025** | **3/28/14 - 1/31/19** |
| 14.12 · | **Pacific City** **21016 Pacific Coast Highway** **21034 Pacific Coast Highway** **Huntington Beach, CA 92647** | **9/2/19 - 7/16/21** |
| 14.13 · | **Palm Desert (El Paseo Village)** **73405 El Paseo St. 33c** **101** **Palm Desert, CA 92260** | **9/25/14 - 7/31/18** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Lorna Jane USA, Inc.**                                  Case number *(if known)* _____

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.14 · | **Roseville (Westfield Galleria)** **1151 Galleria Blvd** **115** **Roseville, CA 95678** | **7/31/14 - 10/1/18** |
| 14.15 · | **Santa Barbara** **930 State Street** **703** **Santa Barbara, CA 93101** | **6/10/13 - 12/23/20** |
| 14.16 · | **Santa Monica (office/warehouse)** **1674 20th Street** **Santa Monica, CA 90404** | **8/26/13 - 4/21/21** |
| 14.17 · | **Santa Rosa Plaza** **1071 Santa Rose Plaza** **1058** **Santa Rosa, CA 95401** | **8/30/14 - 1/26/20** |
| 14.18 · | **The Domain** **11701 Domain Blvd** **Suite 130** **Austin, TX 78758** | **11/19/18 - 2/14/21** |
| 14.19 · | **Topanga** **6600 Topanga Canyon Blvd** **1034** **Canoga Park, CA 91303** | **7/26/12 - 10/1/18** |

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Customer name, email, delivery address and invoice address**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| Debtor | **Lorna Jane USA, Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

---

| Debtor | Lorna Jane USA, Inc. | Case number *(if known)* | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Kush de Alwis**<br>**857 Kingsford Smith Drive**<br>**Eagle Farm, QLD Australia 4009** | **1/6/20 - 8/29/21** |
| 26a.2. | **Guan Chou**<br>**857 Kingsford Smith Drive**<br>**Eagle Farm, QLD Australia 4009** | **4/23/20 - 8/27/21** |
| 26a.3. | **Val Pope**<br>**857 Kingsford Smith Drive**<br>**Eagle Farm, QLD Australia 4009** | **7/6/21 - 8/29/21** |
| 26a.4. | **Sian Van Beurden**<br>**857 Kingsford Smith Drive**<br>**Eagle Farm, QLD Australia 4009** | **8/31/20 - 8/29/21** |
| 26a.5. | **Monique Hall** | **6/10/20 - 5/28/21** |
| 26a.6. | **Layana Talbot** | **8/10/18 - 12/7/20** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Debtor | Lorna Jane USA, Inc. | Case number *(if known)* | |

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **KPMG LLP**<br>**191 W. Nationwide Blvd**<br>**Columbus, OH 43215** | 9/30/11 - 8/29/21 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Kush de Alwis**<br>**857 Kingsford Smith Drive**<br>**Eagle Farm, QLD Australia 4009** | |
| 26c.2. **Val Pope**<br>**857 Kingsford Smith Drive**<br>**Eagle Farm, QLD Australia 4009** | |
| 26c.3. **Sian Van Beurden**<br>**857 Kingsford Smith Drive**<br>**Eagle Farm, QLD Australia 4009** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Deondre Whiting** | **04/09/2021** | **$550,603.70** |
| | Name and address of the person who has possession of inventory records | | |
| | **Danny Hancock**<br>**857 Kingsford Smith Drive**<br>**Eagle Farm, QLD 4009** | | |
| 27.2. | | | |
| | Name and address of the person who has possession of inventory records | | |
| | **Catherine Brown**<br>**857 Kingsford Smith Drive**<br>**Eagle Farm, QLD 4009** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Lorna Jane USA, Inc.**                                              Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William Clarkson** | **857 Kingsford Smith Drive Eagle Farm, QLD Australia 4009** | **Director** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lorna Jane Clarkson** | **857 Kingford Smith Drive Eagle Farm, QLD Australia 4009** | **Director** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kush de Alwis** | **857 Kingsford Smith Drive Eagle Farim, QLD Australia 4009** | **Group Chief Financial Officer** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anita Dorwald** | **857 Kingsford Smith Drive Eagle Farm, QLD, Australia 4009** | **Group Chief Operations Officer** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard Munro** | **27481 Ganso Mission Viejo, CA 92691** | **Chief Restructuring Officer** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **LJ USA General Partnership** | **EIN:    80-0839819** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Fill in this information to identify the case:**

Debtor name __**Lorna Jane USA, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September 16, 2021**

_____          **Richard Munro** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Restructuring Officer** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re    **Lorna Jane USA, Inc.**

_____    Case No. _____
Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **298,359.70** |
| Prior to the filing of this statement I have received | $ | **298,359.70** |
| Balance Due | $ | **0.00** |

2.    $ **1,738.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

4.    The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.    [Other provisions as needed]
    **See, application to employ Winthrop Golubow Hollander, LLP to be subsequently filed with the Court.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 16, 2021**
_____    */s/ Richard H. Golubow*
_Date_                   _____
                         **Richard H. Golubow**
                         _Signature of Attorney_
                         **Winthrop Golubow Hollander, LLP**
                         **1301 Dove Street, Suite 500**
                         **Newport Beach, CA 92660**
                         **949-720-4100  Fax: 949-720-4111**
                         **rgolubow@wghlawyers.com**
                         _Name of law firm_

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Richard H. Golubow**<br>**1301 Dove Street, Suite 500**<br>**Newport Beach, CA 92660**<br>**949-720-4100 Fax: 949-720-4111**<br>California State Bar Number: **State Bar #160434 CA**<br>rgolubow@wghlawyers.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>       **Lorna Jane USA, Inc.** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|                                                 Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___13___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **September 16, 2021** _____    _____
Signature of Debtor 1

Date: _____    _____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **September 16, 2021** _____    _____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Lorna Jane USA, Inc.
1475 W. 139th St
Gardena, CA 90249


Richard H. Golubow
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660


213 Manhattan Bch Blvd Ptnrs, LLC
c/o Cardinal Investments, LLC
Attn: Nicole Fitzgerald
2301 Rosecrans Ave., Suite 4194
El Segundo, CA 90245


213 Manhattan Beach Blvd. Partners
c/o Cardinal Investments, LLC
Attn: Nicole Fitzerald
2301 Rosecrans Ave, Suite 4194
El Segundo, CA 90245


ABM Industry Groups, LLC
10250 Santa Monica Blvd
Los Angeles, CA 90067


Allstate Benefits
1776 American Heritage Life Drive
Jacksonville, FL 32224


Arizona Public Service Company
PO Box 2906
Phoenix, AZ 85062


AT&T U-Verse
PO Box 5014
Carol Stream, IL 60197

AT&T Wireless
PO Box 6463
Carol Stream, IL 60197

Avalara Inc.
Dept CH 16781 Palatine
Palatine, IL 60055

Bella Terra Associates, LLC
60 South Market St.
Ste 1120
San Jose, CA 95113

Bella Terra Associates, LLC
c/o DJM Capital Partners
Attn: Eric Sahn
60 South Market St. Suite 1120
San Jose, CA 95113

Bellevue Square LLC
575 Bellevue Square
1085
Bellevue, WA 98004

Bellevue Square LLC
Attn: Corp Officer
PO Box 908
Bellevue, WA 98009

Bellevue Square Merchants Assoc
16916 Collections Centre Drive
Chicago, IL 60693

Bellevue Square, LLC
Attn: Corp Officer/Manager
Post Office Box 908
Bellevue, WA 98009

Berkshire Hathaway Homestate Co.
P.O. Box 844501
Los Angeles, CA 90084


Biltmore Shopping Center Ptnrs LLC
2502 E. Camelback Rd
#216
Phoenix, AZ 85016


Biltmore Shopping Center Ptnrs LLC
c/o Macerich - Attn: Legal Dpt
PO Box 2172
401 Wilshire Blvd Suite 700
Santa Monica, CA 90407


Brinks Inc.
PO Box 64115
Baltimore, MD 21264-4115


Camarillo Premium Outlets
740 Ventura Blvd
1012
Camarillo, CA 93010


Carlsbad Premium Outlets, LLC
5620 Paseo del Norte
Suite 100
Carlsbad, CA 92008


Century City Mall, LLC
Virginia Bergman Loo, VP
2049 Century Park East, 41st Floor
Los Angeles, CA 90067


Century City Mall, LLC
Attn: Legal Dpt
2049 Century Park East 41st Floor
Los Angeles, CA 90067

CenturyLink - Direct Debt
PO Box 29040
Phoenix, AZ 85038


City Creek Center
50 South Main Street
Salt Lake City, UT 84150


City Creek Center Associates, LLC
Attn: Corp Officer
PO BOx 674566
Detroit, MI 48267-4566


City of Santa Monica - Utilities
1685 Main Street
Santa Monica, CA 90401


Corporate Service Consultants, LLC
PO Box 1048
Dandridge, TN 37725


Corporate Traveler
888 W 6th Street
Suite 110
Los Angeles, CA 90017


Cox Business
PO Box 53262
Phoenix, AZ 85072


Custom Wood Extras
3927 W Jefferson Blvd
Los Angeles, CA 90016

DC Environmental
555 S. Rose Street
Anaheim, CA 92805


DeLage Landen Financial Srvcs Inc
PO Box 41602
Philadelphia, PA 19101


Department of Motor Vehicles
PO Box 942897
Sacramento, CA 94297-0897


Department of Motor Vehicles
Attn: Legal Dpt
PO Box 942897
Sacramento, CA 94297-0897


DSC America, Inc.
c/o Kennedy Wilson Properties, Ltd
151 S. El Camino Drive
Beverly Hills, CA 90212


El Paseo Premier Centre
73-061 El Paseo
Suite 200
Palm Desert, CA 92260


El Paseo Premier Centre
Attn: Corporate Officer
5900 Wilshire Blvd Suite 400
Los Angeles, CA 90036


Employment Dev. Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Fish Window Cleaning
Victorville #2805
PO Bo 1713
Victorville, CA 92393


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Frontier Communications
PO Box 20550
Rochester, NY 14602


Golden State Water Company
PO Box 9016
San Dimas, CA 91773


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Irvine Spectrum Center LLCAttn: Gen
Counsel, Retail Propertie The
Irvine Company
110 Innovation
Irvine, CA 92618


Irvine Spectrum Center, LLC
Attn: Kenneth M. Gillett, Sr. VP
110 Innovation
Irvine, CA 92617


Kaiser Pemanente (Southern)
File 5915
Los Angeles, CA 90074-5915

```
Kemper Development Company
Attn:  Jana Koeberle Sr. VP
575 Bellevue Sq.
Bellevue, WA 98004


Kemper Development Company
Atn:  Jana Koeberle, Sr. VP Leasing
575 Bellevue Square, #1085
Bellevue, WA 98004


Kierland Greenway, LLC
c/o Macerich - Legal Dpt
PO Box 2172
401 Wilshire Boulevard, Suite 700
Santa Monica, CA 90407


LA Department of Water & Power
PO Box 30808
Los Angeles, CA 90030


Laz Parking
PO Box 847370
Los Angeles, CA 90084


Liner LLP
Attn:  Michale J. Kierly, Esq.
1100 Glendon Ave, 14th Floor
Los Angeles, CA 90024-3503


LJ USA Holdings, Inc.
857 Kingsford Smith Drive
Eagle Farm, QLD 4009


Lorna Jane BV - Europe
857 Kingsford Smith Drive
Eagle Farm, QLD 4009
```

Lorna Jane Hong Kong Ltd.
857 Kingsford Smith Drive
Eagle Farm, QLD 4009


Lorna Jane Pty Ltd
857 Kingsford Smith Drive
Eagle Farm, QLD 4009


Lorna Jane Pty Ltd
857 Kingsford Smith Drive
Eagle Farm, Queensland 4009


Los Angeles Dept of Water & Power
915 S. Soto St.
Los Angeles, CA 90023


Macerich
P.O. Box 2172
401 Wilshire Boulevard
Suite 700
Santa Monica, CA 90407


Macerich Santa Monica LP
Attn: Legal Dpt
PO Box 2172
401 Wilshire Blvd Suite 700
Santa Monica, CA 90407


Macerich Santa Monica LP
395 Santa Monica Place
Santa Monica, CA 90401


Macerich Santa Monica LP
c/o Macerich
P.O. Box 2172
401 Wilshire Boulevard, Suite 700
Santa Monica, CA 90407

Mission Viejo Associates, L.P.
c/o M.S. Management Associates Inc.
Attn: Legal Department
225 West Washington Street
Indianapolis, IN 46204-3438

Mission Viejo Associates, LP
c/o M.S. Managment Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

Move Nourish Believe Pte Ltd
857 Kingsford Smith Drive
Eagle Farm, QLD 4009

NorthPark Center
NorthPark Partners, LP
8080 Nth Central Expressway
Suite 1100
Dallas, TX 75206

Northpark Center Merchants Assoc
PO Box 612083
Dallas, TX 75261

NorthPark Partners LP
Attn: Corporate Officer
8080 North Central Expressway
Suite 1100
Dallas, TX 75206

Office Depot, Inc
PO Box 29248
Phoenix, AZ 85038-9248

Pacific Gas & Electric Company
PO Box 997300
Sacramento, CA 95899

Palm Desert
73-655 El Paseo
Suite E
Palm Desert, CA 92260


Premium Outlet Partners LP
c/o Simon Property Group
Attention: Legal Department
225 West Washington Street
Indianapolis, IN 46204-3438


Premium Outlet Partners LP
c/o Simon Property Group
225 West Washington Street
Indianapolis, IN 46204-3438


Puget Sound Energy
PO Box 91269
Bellevue, WA 98009


Rakuten Marketing
PO Box 415613
Boston, MA 02241-5613


Recology Golden Gate Waste Zero
900 7th St.
San Francisco, CA 94107


Run Girl Run (Shenzhen) Co. Ltd
857 Kingsford Smith Drive
Eagle Farm, QLD 4009


San Diego Gas & Electric
PO Box 25111
Santa Ana, CA 92799-5111

Santa Anita Fashion Park LLC
11601 Wilshire Boulevard
11th Floor
Los Angeles, CA 90025

Santa Anita Fashion Park LLC
Attention: Legal Department
11601 Wilshire Boulevard, 11th Floo
Los Angeles, CA 90025

Securities & Exchange Commission
Attn:  Bankruptcy Counsel
444 South Flower St., #900
Los Angeles, CA 90071-9591

Sherman Oaks Fashion Assc, LP
Virginia Bergman Loo
11601 Wilshire Boulevard, 11th Fl.
Los Angeles, CA 90025

Sherman Oaks Fashion Associates LP
Attn: Legal Dpt
11601 Wilshire Boulevard, 11th Floo
Los Angeles, CA 90025

Southern California Edison
Attn:  Legal Dept.
PO Box 300
Rosemead, CA 91771-0001

Southern California Gas
990 Camarillo Centre Dr.
Ste 1012
Camarillo, CA 93010

SP Plus
PO Box 790402
Saint Louis, MO 63179

Sparkletts
PO Box 660579
Dallas, TX 95266


State Board of Equalization
Sp. Operations, Bkcy Team, MIC: 74
PO Box 942879
Sacramento, CA 94279-0074


State Board of Equalization
Acct. Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029


Stingray Business
730 Wellington
Montreal, QC, CNDA H3C 1T4


Stratus Building Solutions
10530 Victory Blvd
North Hollywood, CA 91606-3922


The Irvine Company LLC
Attention: General Counsel, Retail
110 Innovation
Irvine, CA 92617


The Irvine company, LLC
Attn: Kenneth M. Gillett, Sr. VP
110 Innovation
Irvine, CA 92617


The Retail Property Trust
c/o M.S. Management Associates Inc
225 West Washington Street
Indianapolis, IN 46204-3438

The Retail Property Trust
c/o M.S. Management Associates Inc
Attn: Legal Dpt
225 West Washington Street
Indianapolis, IN 46204-3438


Time Warner Cable - Spectrum Bus.
Attn: Legal Department
PO BOX 106
Carol Stream, IL 60132


Travelers
PO Box 660317
Dallas, TX 75266


Uline
PO Box 88741
Chicago, IL 60680


Union Street Property Trust 1
Attn: Reno D. Rossi
63 Paul Ave
San Rafael, CA 94903


Union Street Property Trust 1
Attn: Corp Officer
63 Paul Avenue
San Rafael, CA 94903


US Small Business Administration
425 Walnut Street
Cincinnati, OH 45202


UTC Venture LLC
Attn: Legal Dept
2049 Century Park East
41st Floor
Los Angeles, CA 90067

UTC Venture, LLC
Attn: Virginia Bergman Loo
2049 Century Park East, 41st Floor
Los Angeles, CA 90067


Valencia Town Center Venture, L.P.
Attn: Legal Dpt
2049 Century Park East
41st Floor
Los Angeles, CA 90067

Valencia Town Ctr Venture LP
Attn: Virginia Bergman Loo
2049 Century Park East, 41st Floor
Los Angeles, CA 90067


Waste Resources Gardena
PO Box 2410
Gardena, CA 90247


Westcor Santan Village LLC Santan
c/o Macerich
Attn: Legal Department
P.O. Box 2172
401 Wilshire Boulevard, Suite 700
Santa Monica, CA 90407


Worksmith
210 Barton Springs Rd.
Ste 550
Austin, TX 78704

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Richard H. Golubow**<br>**1301 Dove Street, Suite 500**<br>**Newport Beach, CA 92660**<br>**949-720-4100 Fax: 949-720-4111**<br>California State Bar Number: **State Bar #160434 CA**<br>rgolubow@wghlawyers.com | |
| ■ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

**Lorna Jane USA, Inc.**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:    **11**

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Richard H. Golubow**                                                    , the undersigned in the above-captioned case, hereby declare
                *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
December 2012                                                                   **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:
    ☐ I am the president or other officer or an authorized agent of the Debtor corporation
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ☑ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
    class of the corporation's(s') equity interests:
    *[For additional names, attach an addendum to this form.]*

  b. ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **September 16, 2021** | By:   */s/ Richard H. Golubow* |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name:   **Richard H. Golubow** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**